IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THOMAS RYBURN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **07-011-MJR** |
| ) | |
| **DARRELL WESTERMAN, and** ) | |
| **DAVID TINDALL,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion for Protective Custody. **(Doc. 32)**.

Plaintiff is an inmate in the custody of the IDOC. He states that he was issued a disciplinary ticket and was given six months in segregation. He suggest that this action was taken to retaliate against him and/or to interfere with ability to litigate this case. He asks the court to order him transferred out of the IDOC and into a federal prison.

Plaintiff cannot "appeal" the discipline imposed on him by bringing a motion such as this "[F]ederal courts are most reluctant to interfere with the internal administration of state prisons because they are less qualified to do so than prison authorities." ***Thomas v. Ramos*, 130 F.3d 754, 764 (7th Cir. 1997)**. Further, this court has no jurisdiction to order plaintiff removed from the IDOC and placed in a federal prison.

Upon consideration and for good cause shown, plaintiff's Motion for Protective Custody **(Doc. 32)** is **DENIED.**

    **IT IS SO ORDERED.**

    DATED: August 26, 2008.

                                                 s/ **Clifford J. Proud**
                                                 **CLIFFORD J. PROUD**
                                                 **U.S. MAGISTRATE JUDGE**