**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| THOMAS V. RYBURN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 07-cv-011-MJR |
| | ) |
| DARRYL WESTERMAN | ) |
| and DAVID TINDELL, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Before the Court is Plaintiff's motion for reconsideration (Doc. 25), in which he takes issue with certain parts of the Court's order dated May 2, 2008 (Doc. 24). Plaintiff's primary contention is that the Court contradicts itself by finding that he is competent to litigate his case, yet pointed out Plaintiff's failure to comply with federal and local rules when attempting to add defendants and claims to this action. However, these two points are not contradictory. The Court explained to Plaintiff what he needed to do; Plaintiff has chosen not to follow those procedures. Therefore, Plaintiff's motion for reconsideration is **DENIED**.

**IT IS SO ORDERED.**

**DATED this 8th day of September, 2008.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**